UNITED STATES DISTRICT COURT
Eastern District of California

Petition to Modify the Conditions or Term of Supervision
with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

**Name of Offender:**   Nicholas  KIRBY          **Docket Number:**   1:13CR423-01 AWI

**Name of Judicial Officer**:   Senior United States District Judge Anthony W. Ishii

**Date of Original Sentence:**   3/19/2010

**Original Offense:** 18 U.S.C. § 922(g)(1) and 924(a)(2) – Convicted Felon in Possession of a Firearm **(CLASS C FELONY)**

**Original Sentence:** 42 months BOP; 36 months TSR; $100 special assessment; mandatory drug testing; DNA collection

**Special Conditions:** No firearms; warrantless search and seizure; substance abuse treatment and testing; no alcohol;

**Type of Supervision:**   TSR

**Date Supervision Commenced:**   11/2/2012

**Other Court Actions:**

**10/25/2013:**   District of Nevada Court notified of the offender's new law violation **(BM829061A)** for Driving Under the Influence of Alcohol along with Failing to Refrain From the Use and Possession of Alcohol. No adverse action was requested in order to allow the state matter to conclude. The District of Nevada Court agreed with the recommendation.

**11/18/2013:**   District of Nevada Court notified of the offender's new law violation for Felon in Possession of a Firearm and Domestic Violence. The Court was also notified of the offender's failures to refrain from alcohol and notifying the probation officer of law enforcement contact.  After a brief discussion, it was determined that both state matters should be handled in the Eastern District of California. At that time, a Transfer of Jurisdiction was formally requested. It should be noted no criminal charges were filed in this case by the Kern County District Attorney's Office.  It should also

|  |  |
|---|---|
|  | be noted the firearm, a Chrome .357 revolver, was found in the possession of a third-party. |
| **12/06/2013**: | The Eastern District of California accepted jurisdiction from the District of Nevada. |

## PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

1. The offender shall reside and participate in a Residential Community Corrections Center, Turning Point for a period of up to 120 days; said placement shall commence as directed by the probation officer, pursuant to 18 USC 3563(b)(11). The offender shall pay the cost of confinement as determined by the Bureau of Prisons.

**Justification:** On September 7, 2013, Mr. Kirby was arrested by the California Highway Patrol (CHP) for the violation of California Vehicle Code (VC) Section 23152(a) – Driving Under the Influence of Alcohol (DUI). The Arrest Report indicated that a CHP officer responded to a non-injury traffic collision where Mr. Kirby allegedly ran his vehicle into a fence. The Arrest Report also indicated the offender refused to perform roadside sobriety and breathalyzer tests. A subsequent investigation along with witness statements led to Mr. Kirby's arrest.

The Arrest Report was forwarded to the Kern County District's Attorney's Office for review. On September 25, 2013, the charges of VC 23152(a) and VC 23152(b) were filed in a Criminal Complaint against Mr. Kirby under case number BM829061A.

As evidenced by his signature on the Waiver of Hearing form dated December 23, 2013, Mr. Kirby agrees to the above-noted modifications. This requirement along with continued random drug and alcohol testing will hold the offender sufficiently accountable and assist him in achieving sobriety. Additional Court intervention will be sought should the offender again find himself at variance from his terms and conditions of supervision.

On January 17, 2014, the offender appeared in Kern County Superior Court pertaining to case number BM829061A and pled No Contest to a lesser charge of Wet Reckless. Mr. Kirby was sentenced to 4 days jail (2 days time served, 2 days good conduct time), 3 years summary probation and fines and fees totaling $1,308.

|  | Respectfully submitted, |
|---|---|
|  | **/s/ J. C. Hill** |
|  |  |
|  | **J. C. HILL** |
|  | **United States Probation Officer** |
|  | Telephone: (661) 321-3818 |
| **DATED:** 1/24/2014 |  |
|  | Reviewed by, |
|  | **/s/ Thomas A. Burgess** |
|  |  |
|  | **THOMAS A. BURGESS** |
|  | **Supervising United States Probation Officer** |

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

IT IS SO ORDERED.

Dated:   January 28, 2014                              _____
                                                                                SENIOR  DISTRICT  JUDGE