HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NICHOLAS KIRBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:13-CR-00423-AWI |
| Plaintiff, | |
| vs. | REQUEST AND ORDER FOR RELEASE OF NICHOLAS KIRBY TO USPO J. C. HILL |
| NICHOLAS KIRBY, | |
| Defendant. | |

Defendant, Nicholas Kirby, by and through his counsel respectfully requests that the Court permit his temporary release to U.S.P.O. J. C. Hill on Friday, August 21, 2015, to participate in the Court-ordered 90-day program assistance for drug and/or alcohol abuse. U.S.P.O. J. C. Hill, has set up this program with Westcare, Inc., in Fresno, California.

                                        Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: August 20, 2015                   */s/  Megan T. Hopkins*
                                        MEGAN T. HOPKINS
                                        Assistant Federal Defender
                                        Attorneys for Defendant
                                        NICHOLAS KIRBY

**ORDER**

IT IS HEREBY ORDERED that Defendant, NICHOLAS KIRBY, be granted temporary release to U.S.P.O. J. C. Hill from custody at the Lerdo Max-Med Facility, in Bakersfield, California.

IT IS SO ORDERED.

Dated:   August 20, 2015                    _____
                                            SENIOR  DISTRICT  JUDGE