```
HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NICHOLAS KIRBY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-CR-00423 AWI |
|---|---|
| Plaintiff, | ) |
| vs. | ) AMENDED REQUEST AND ORDER |
|  | ) FOR RELEASE OF NICHOLAS KIRBY |
| NICHOLAS KIRBY, | ) TO USPO J. C. HILL |
| Defendant. | ) |

Defendant, Nicholas Kirby, by and through his counsel respectfully requests that the Court permit his temporary release to U.S.P.O. J. C. Hill on Wednesday, August 26, 2015, to participate in the Court-ordered 90-day program assistance for drug and/or alcohol abuse. U.S.P.O. J. C. Hill, has set up this program with Westcare, Inc., in Fresno, California.  The reason for this amended request is that Westcare has informed U.S.P.O. J.C. Hill that they will not have space available until August 26, 2015.

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 21, 2015

*/s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorneys for Defendant
NICHOLAS KIRBY

ORDER

IT IS HEREBY ORDERED that Defendant, NICHOLAS KIRBY, be granted temporary release to U.S.P.O. J. C. Hill from custody at the Lerdo Max-Med Facility, in Bakersfield, California, on August 26, 2015.

Signed for District Judge Anthony Ishii who is out of the District.

IT IS SO ORDERED.

Dated:   **August 21, 2015**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE