HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
NICHOLAS KIRBY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  1:13-CR-00423-AWI-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE<br>) SENTENCING HEARING |
| NICHOLAS KIRBY, | ) |
| Defendant. | ) DATE:    December 7, 2015<br>) TIME:    10:00 a.m.<br>) JUDGE:  Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties, through their respective counsel, Assistant United States Attorney Kevin P. Rooney, Counsel for Plaintiff, and Assistant Federal Defender Megan T. Hopkins, Counsel for Defendant, Nicholas Kirby, that the sentencing hearing currently set for September 28, 2015, at 10:00 a.m., **may be rescheduled to December 7, 2015, at 10:00 a.m.**

The requested continuance is to allow Defendant additional time to complete the Court-ordered, 90-day program assistance for drug and/or alcohol abuse at WestCare.  The Defendant's probation officer, J. Hill, is in favor of the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary.

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

Dated: September 23, 2015       */s/ Kevin P. Rooney*
                                KEVIN P. ROONEY
                                Assistant United States Attorney
                                Attorney for Plaintiff


                                HEATHER E. WILLIAMS
                                Federal Defender


Dated: September 23, 2015       */s/ Megan T. Hopkins*
                                MEGAN T. HOPKINS
                                Assistant Federal Defender
                                Attorneys for Defendant
                                NICHOLAS KIRBY


**ORDER**

**IT IS SO ORDERED**. The sentencing hearing scheduled for September 28, 2015 is continued to December 7, 2015 at 10:00 a.m.


IT IS SO ORDERED.

Dated:   September 24, 2015          _____
                                     SENIOR DISTRICT JUDGE

Kirby/Stipulation to Continue Sentencing       -2-